**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael RANKINS, Defendant–
Appellant.**

No. 14–4839.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 26, 2015.

Michael Rankins, Appellant Pro Se. Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Rankins seeks to appeal the district court's order denying his pro se motion for appointment of counsel and his motion requesting specific medical treatment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Rankins seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Rankins' motion for appointment of counsel and we grant the Government's motion to dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*